UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:
    Deodis Williams III
    Shirelle M Williams
          Debtor(s)

Case No. 12 B 34579

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/30/2012.

2) The plan was confirmed on 01/14/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 07/22/2013, 03/10/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Completed on 09/26/2017.

6) Number of months from filing to last payment: 61.

7) Number of months case was pending: 77.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $63,925.93 |
| Less amount refunded to debtor | $2,434.51 |

**NET RECEIPTS:** **$61,491.42**

## Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,300.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,457.26 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$5,757.26**

Attorney fees paid and disclosed by debtor:     $200.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| A/R Concepts Inc | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| Aaron's Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Advanced OB/Gyne Associates | Unsecured | 511.00 | 511.00 | 511.00 | 511.00 | 0.00 |
| Alexian Brothers Medical Center | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Alexian Brothers Medical Center | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as Agent | Unsecured | 611.00 | 605.95 | 605.95 | 605.95 | 0.00 |
| Americredit Financial Ser Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Americredit Financial Ser Inc | Unsecured | NA | 16,255.05 | 16,255.05 | 16,255.05 | 0.00 |
| Americredit Financial Ser Inc | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Americredit Financial Ser Inc | Unsecured | 12,351.00 | 3,419.41 | 3,419.41 | 3,419.41 | 0.00 |
| Americredit Financial Ser Inc | Secured | 9,000.00 | 9,275.00 | 9,000.00 | 9,000.00 | 194.99 |
| Applied Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Applied Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Armor Systems Corporation | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AT&T Mobility Services LLC | Unsecured | NA | 1,265.85 | 1,265.85 | 1,265.85 | 0.00 |
| Bank of America NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Bank One | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Barrington Family Physicians | Unsecured | 33.00 | NA | NA | 0.00 | 0.00 |
| Central DuPage Hospital | Unsecured | 814.00 | NA | NA | 0.00 | 0.00 |
| Central DuPage Hospital | Unsecured | 89.00 | NA | NA | 0.00 | 0.00 |
| Charles Feinstein MD | Unsecured | 2,452.00 | 5,000.00 | 5,000.00 | 5,000.00 | 0.00 |
| Citibank NA Student Loan | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Credit One Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection Association | Unsecured | 387.00 | NA | NA | 0.00 | 0.00 |
| Department Of Education | Unsecured | 8,476.00 | 8,916.37 | 8,916.37 | 8,916.37 | 0.00 |
| DSNB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Ffcc Columbus Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| First Horizon Home Loans Corp | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| First Horizon Home Loans Corp | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Ginny's | Unsecured | 315.00 | NA | NA | 0.00 | 0.00 |
| Harris and Harris | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Harris and Harris | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Harris and Harris | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Harris and Harris | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Healthy Smiles Dental Care LLC | Unsecured | 326.00 | NA | NA | 0.00 | 0.00 |
| HSBC Auto Finance | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| I C Systems Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | NA | 140.53 | 140.53 | 140.53 | 0.00 |
| Integrity Advance LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 0.00 | 417.61 | 417.61 | 417.61 | 0.00 |
| Internal Revenue Service | Priority | 6,032.00 | 5,411.48 | 5,411.48 | 5,411.48 | 0.00 |
| Interstate Partners | Unsecured | 2,882.00 | NA | NA | 0.00 | 0.00 |
| Loyola University Medical Center | Unsecured | 49.00 | NA | NA | 0.00 | 0.00 |
| Macy's/DSNB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MEA Medical Care Centers | Unsecured | 72.00 | NA | NA | 0.00 | 0.00 |
| Medical Business Bureau Inc | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| Midwest Endoscopic | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| Miguel CUA MD | Unsecured | 165.00 | NA | NA | 0.00 | 0.00 |
| NationStar Mortgage LLC | Secured | 330,000.00 | 356,981.92 | 356,981.92 | 0.00 | 0.00 |
| Nationwide Cash | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Nco Fin | Unsecured | 91.00 | NA | NA | 0.00 | 0.00 |
| Nuvell Credit Company LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 831.00 | 831.59 | 831.59 | 831.59 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 736.00 | 736.92 | 736.92 | 736.92 | 0.00 |
| Publishers Clearing House | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 174.00 | 179.97 | 179.97 | 179.97 | 0.00 |
| Quest Diagnostics Inc | Unsecured | 32.00 | NA | NA | 0.00 | 0.00 |
| Revenue Cycle Solutions | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| SIR Finance Corporation | Unsecured | NA | 1,677.00 | 1,677.00 | 1,677.00 | 0.00 |
| Social Security Administration | Priority | 1,279.00 | NA | NA | 0.00 | 0.00 |
| Southwest Credit Systems | Unsecured | 1,494.00 | NA | NA | 0.00 | 0.00 |
| St Alexius Medical Center | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Stat Anesthesia | Unsecured | 137.00 | NA | NA | 0.00 | 0.00 |
| SunTrust Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| United Consumer Financial Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Universal Technical Institute | Unsecured | 1,603.00 | NA | NA | 0.00 | 0.00 |
| US Dept of Education | Unsecured | 2,294.00 | 1,170.44 | 1,170.44 | 1,170.44 | 0.00 |
| VCC Counseling Inc | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| Your Baby Can Read | Unsecured | 199.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $356,981.92 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $9,000.00 | $9,000.00 | $194.99 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$365,981.92** | **$9,000.00** | **$194.99** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $5,411.48 | $5,411.48 | $0.00 |
| **TOTAL PRIORITY:** | **$5,411.48** | **$5,411.48** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$41,127.69** | **$41,127.69** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,757.26 |
| Disbursements to Creditors | $55,734.16 |
| **TOTAL DISBURSEMENTS :** | **$61,491.42** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/28/2019         By: /s/ Marilyn O. Marshall
                                          Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**